## Certificate of Service

I hereby certify that on October 17, 2013, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Seventh Circuit using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated: October 17, 2013.

*/s/ Theodore H. Frank*
Theodore H. Frank