# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

November 27, 2013

*Before*

**William J. Bauer,** *Circuit Judge*
**Michael S. Kanne,** *Circuit Judge*
**John Daniel Tinder,** *Circuit Judge*

| | |
|---|---|
| IN RE: <br>     SOUTHWEST AIRLINES VOUCHER <br>     LITIGATION | ] Appeal from the United <br> ] States District Court for <br> ] the Northern District of <br> ] Illinois, Eastern Division. |
| ADAM J. LEVITT and HERBERT C. <br> MALONE, individually and on behalf of <br> all others similarly situated, <br>     Plaintiffs-Appellees, | ] <br> ] No. 1:11-cv-08176 <br> ] <br> ] Matthew F. Kennelly, Judge. <br> ] |
| No. 13-3109        v. | ] <br> ] |
| SOUTHWEST AIRLINES COMPANY, <br>     Defendant-Appellee. | ] <br> ] <br> ] |
| APPEAL OF: <br>     GREGORY MARKOW, <br>         Objector-Appellant. | ] <br> ] <br> ] |

O R D E R

On consideration of the papers filed in this appeal and review of the short record,

- over -

No. 13-3109 Page 2

      IT IS ORDERED that this appeal is DISMISSED as unnecessary.

      This appeal duplicates an amended appeal filed on October 11, 2013, and docketed in this court as Appeal No. 13-3264.  Only one appeal is necessary.  *Harris v. Bellin Memorial Hospital*, 13 F.3d 1082, 1083 (7th Cir. 1994).  Appellant's appeal will proceed under Appeal No. 13-3264.